

# Fourth Court of Appeals
## San Antonio, Texas

August 05, 2013

No. 04-13-00523-CR

Jose **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. NM182574
Honorable Andrew Carruthers, Magistrate Judge Presiding

## S H O W C A U S E O R D E R

Jose Moreno filed a notice of appeal from the trial court's July 15, 2013 order finding him competent to stand trial.

A competency hearing is an ancillary proceeding, and a competency order is not a final judgment. *Morales v. State*, 801 S.W.2d 624 (Tex. App.—Dallas 1990), *aff'd*, 830 S.W.2d 139, 140 (Tex. Crim. App. 1992)(per curiam). A preliminary finding that defendant is competent to stand trial is not appealable until after the trial on the merits. *Id.*; *Celani v. State*, 940 S.W.2d 327, 329 (Tex. App.—San Antonio 1997, pet. ref'd). It thus appears to this court that we lack jurisdiction to consider Moreno's appeal.

We **order** a response due **August 26, 2013**, showing why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant has the burden to request the trial court clerk prepare a clerk's record containing the pleadings and orders appellant contends will show this court's jurisdiction. Appellant must file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court